# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GARY McCREE | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 3:18-cr-00331<br>USM No. 25859-075<br><br>Charles Buckholts<br>Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☑ was found in violation of condition(s) count(s) \_\_\_\_2\_\_\_\_ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 2 | Commission of a state crime | 09/01/2024 |

The defendant is sentenced as provided in pages 2 through \_\_3\_\_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

✓ Violation Numbers \_\_1 and 3\_\_ are dismissed upon the Government's motion.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6733

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:
Nashville, TN

12/04/2024
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

December 9, 2024
Date

DEFENDANT: GARY McCREE
CASE NUMBER: 3:18-cr-00331

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

13 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: GARY McCREE
CASE NUMBER: 3:18-cr-00331

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

12 months with the same conditions as previously imposed, with the additional condition of:

The defendant shall enroll in and participate and successfully complete, a batterer's intervention program at the direction of the United States Probation Office and shall remain enrolled and complete a program for up to 52 weeks, as directed by the United States Probation Office.